KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XUEBIN ZHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; WILLIAM MARTIN, Consulate Officer, Immigrant Visa Unit, the U.S. Consulate General in Guangzhou,<br><br>    Defendants. | No. C 05-2020-<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the defendants must serve an answer to the complaint in the above-entitled action. The defendants will serve their answer on or before August 18, 2005.

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 05-2020-                                         1

Date: July 19, 2005                                Respectfully submitted,

                                                   KEVIN V. RYAN
                                                   United States Attorney


                                                     /s/
                                                   EDWARD A. OLSEN[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants



                                                     /s/
Date: July 19, 2005                                JUSTIN WANG
                                                   Baughman & Wang
                                                   Attorneys for Plaintiff


**ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.


Date: July 22, 2005                                /s/ Maxine M. Chesney
                                                   ———————————————
                                                   United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Wang and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 05-2020-                                    2