KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XUEBIN ZHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; WILLIAM MARTIN, Consulate Officer, Immigrant Visa Unit, the U.S. Consulate General in Guangzhou,<br><br>    Defendants. | No. C 05-2020-MMC<br><br>**STIPULATION TO DISMISS ACTION; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the defendants have agreed to expeditiously process the plaintiff's Application for Action on an Approved Application or Petition.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 05-2020-MMC                1

Date: August 25, 2005                             Respectfully submitted,

                                                  KEVIN V. RYAN
                                                  United States Attorney


                                                  /s/
                                                  EDWARD A. OLSEN[1]
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants



                                                  /s/
Date: August 25, 2005                             JUSTIN WANG
                                                  Baughman & Wang
                                                  Attorneys for Plaintiff



**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: August 26, 2005                             _____
                                                  MAXINE M. CHESNEY
                                                  United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Wang and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 05-2020-MMC                                     2